IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRIAN VAN EPPS,

        Appellant,

v.

Case No.  5D22-1735
LT Case No. 2018-CF-000328-AX

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 30, 2023

Appeal from the Circuit Court
for Marion County,
Peter M.  Brigham, Judge.

Matthew J. Metz, Public   Defender,
and Jane Almy, Assistant Public
Defender,  Daytona  Beach,  for
Appellant.

Ashley Moody, Attorney General,
Tallahassee and Deborah A. Chance,
Assistant  Attorney  General,  Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, EISNAUGLE and KILBANE, JJ., concur.